No. 92–5285. STREET v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 92–5286. WADE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5287. VALENCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5289. LAWRENCE v. BRADY, SECRETARY OF THE TREASURY. C. A. 2d Cir. Certiorari denied.

No. 92–5290. MIERZEJEWSKI v. FAUVER, COMMISSIONER, DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5291. THOMAS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–5292. VANDA v. O'LEARY, ASSISTANT DEPUTY DIRECTOR, ADULT INSTITUTIONS, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5293. LONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5294. MORGAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5297. KUPERSMIT v. CWA LOCAL 1033 ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5298. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5299. HARVEY v. HILL ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5301. KIRIENKO v. KIRIENKO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–5302. SAUNDERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.